UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARJORIE BEAR DON'T WALK,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHARETTE, as Chairman of the Indian Health Board of Billings, et al.<br><br>Defendant. | Case No. CV-17-79 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(6), this matter is dismissed with prejudice, for Plaintiff's failure to prosecute.**

Dated this 22nd day of January, 2018.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Amanda Carrillo
                                            Deputy Clerk